UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-CR-202-1BO

UNITED STATES OF AMERICA,   )
                            )
           v.               )     ORDER
                            )
HOWARD WILLIAM PIERCE, JR.  )

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 245 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the _1_ day of September, 2011.

TERRENCE W. BOYLE
United States District Judge