# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION
## CASE NO.: 5:09-CR-202-BO-3

| | |
|---|---|
| **United States of America** ) | |
| ) | |
| ) | |
| ) | **REASSIGNMENT ORDER** |
| vs. ) | |
| ) | |
| **Donnell Demetrius Stanford** ) | |
| *also known as* **D** ) | |

At the direction of the Court and for the continued efficient administration of justice, the above captioned Defendant, Donnell Demetrius Stanford, is hereby reassigned to the Honorable James C. Dever III, U.S. District Judge to conduct all proceedings in this matter. All future pleadings should reflect the revised case number **5:09-CR-202-D-3.**

SO ORDERED, this the 13th day of September, 2011.

                                                  /s/ Dennis P. Iavarone
                                                     Clerk of Court